Form ntcdsml

# United States Bankruptcy Court

District Of South Dakota

Case Number: 05−41176
Chapter: 13

In re:

    Scott Anthony Canovi
    Angela Faye Canovi

# NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that an Order was entered dismissing the above−captioned case.

Dated: 12/28/06

    Frederick M. Entwistle
    Clerk, U.S. Bankruptcy Court

    s/, Deputy Clerk

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0869-4            User: ckram                    Page 1 of 2              Date Rcvd: Dec 28, 2006
Case: 05-41176                  Form ID: ntcdsml               Total Served: 53


The following entities were served by first class mail on Dec 30, 2006.
db           +Angela Faye Canovi,    712 South Covell Avenue,    Sioux Falls, SD 57104-4618
db           +Scott Anthony Canovi,    712 South Covell Avenue,    Sioux Falls, SD 57104-4618
723153       +AAA Collection,    PO Box 881,    Sioux Falls, SD 57101-0881
723154        Accounts Receivable Management,    For Truelogic Financial Corp LLC,    PO Box 129,
               Thorofare, NJ  08086-0129
723155       +Ameri- Cash,    1118 S.Minnesota Ave.,    Sioux Falls, SD 57105-0621
723156       +Anesthesia Physicans,    PO Box 5126,    Sioux Falls, SD 57117-5126
723157        Arrow Finacial Services,    5996 W.Touhy Ave.,    Niles, IL  60714-4610
730072       +Capital One Bank,    c/o TSYS Debt Management,    PO Box 5155,    Norcross, GA 30091-5155
723158       +Capital One Bank,    PO Box 85015,    Richmond, VA 23285-5015
730513       +Card Processing Center,    PO Box 23356,    Pittsburgh, PA 15222-6356
723159       +Cash Invetment Corp,    2212 W.41st,    Sioux Falls, SD 57105-6117
723160       +Convenient Loan,    119 S.Main Ave.,    Sioux Falls, SD 57104-6409
723161       +Cross Country Bank,    PO Box 15371,    Wilmington, DE 19850-5371
723164       +FSB Financial,    110 W.Randol Mill Rd.Ste.100,    Arlington, TX 76011-4611
723162       +First Financial Asset Management,    PO Box 6887,    Miramar Beach, FL 32550-1006
723163       +First National Bank Of Marin,    PO Box 98872,    Las Vegas, NV 89193-8872
723165        General Accont Service,    For Med 102 Briarcliff Medcial Assoc NE,    PO Box 12400,
               Kansas Ctiy, MO  64116-0400
723166       +Gentry Finance,    1026 N.Minnesota Ave.,    Sioux Falls, SD 57104-2431
723167       +Home Federal Savings Bank,    PO Box 5000.,    Sioux Falls, SD 57117-5000
723168       +Hospital Billing And Collection,    118 Lukens Dr.,    New Castle, DE 19720-2727
723170       +Household Bank,    DIRM,    1441 Schilling Place,    Salinas, CA 93901-4543
723169       +Household Bank,    1441 Schilling Place,    Salinas, CA 93901-4543
723171        IC Systems,    444 Highway 96 E,    St.Paul, MN  55127-2557
723172        JNR Ajdustment Company,Inc,    PO Box 27070,    Minneapolis, MN  55427-0070
723173       +Kansas Counselors,Inc,    For Metro Emergency Physicans,    PO Box 14765,
               Shawnee Mission, KS 66285-4765
723174       +LCM Pathologists,    PO Box 5134,    Sioux Falls, SD 57117-5134
723175       +Medical X Ray Center,    1417 S.Minnesota Ave.,    Sioux Falls, SD 57105-1783
723176        Midcontinent Communications,    PO Box 5019,    Sioux Falls, SD  57117-5010
723177       +Newport News/CM,    PO Box 9204,    Old Bethpage, NY 11804-9004
723181      ++ONE CLICK CASH DBA OF SFS INC,    52946 HIGHWAY 12,    SUITE 3,    NIOBRARA NE 68760-7047
              (address filed with court: Preferred Cash Loans,    2533 North Carson St.,Suite 5024,
               Carson City, NV 89706-0147)
723178       +Oxford  Collection Service,    For At Home Professions,    135 Maxess Rd.Ste.2A,
               Melville, NY 11747-3801
723179       +Paycheck Today,    5414A Charlette Ave.,    Nashville, TN 37209-3004
723180       +Pentagroup Financial LLC,    6341 Inducon Drive East,    Sanborn, NY 14132-9016
723182        Profesional Account Service,    For St.Lukes NL,    6400 Glenwood,Sutie 100,    Mission, KS  66201
723185       +Sioux Valley Clinic,    Van Demark Orthopedic Specialty,    1210 W.18th,
               Sioux Falls, SD 57104-4647
723188       +Sioux Valley Clinic,    Pediatric Specialty,    PO Box 5272,    Sioux Falls, SD 57117-5272
723187       +Sioux Valley Clinic,    OB GYN,    PO Box 5272,    Sioux Falls, SD 57117-5272
723184       +Sioux Valley Clinic,    PO Box 5272,    Sioux Falls, SD 57117-5272
723189       +Sioux Valley Clinic,    Ready Care,    PO Box 5272,    Sioux Falls, SD 57117-5272
723190       +Sioux Valley Clinic,    Family Practice South,    PO Box 5272,    Sioux Falls, SD 57117-5272
723186       +Sioux Valley Clinic,    Family Heatlh Care,    PO Box 5272,    Sioux Falls, SD 57117-5272
723183       +Sioux Valley Clinical Laboratories,    PO Box 5056,    Sioux Falls, SD 57117-5056
723191       +Sioux Valley Home Medical Equipment,    2710 W.12th,    Sioux  Falls, SD 57104-3701
723192       +Sioux Valley Hospital,    PO Box 5053,    Sioux Falls, SD 57117-5053
723193       +Surety Finance,    819 S.Marion Rd.,    Sioux Falls, SD 57106-0236
787084        True Logic Financial Corp.,    P.O. Box 4437,    Englewood, CO 80155-4437
786181       +U.S. Department of Housing and Urban Development,    c/o First Madison Services, Inc.,
               4111 S. Darlington, Suite 300,    Tulsa, OK 74135-6345
723195       +United Cash Loan,    2533 North Carson St.,Suite 5020,    Carson City, NV 89706-0147
723196       +WFNNB,    PO Box 330064,    Northglenn, CO 80233-8064

The following entities were served by electronic transmission on Dec 28, 2006.
cr           +E-mail/PDF: bankruptcy@triadfinancial.com Dec 29 2006 00:17:05     Triad Financial Corp.,
               Attn: Bankruptcy Dept.,    7711 Center Ave, Ste. 100,    Huntington Beach, CA 92647-3070
759355       +E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Dec 28 2006 22:03:01
               B-Line, LLC/Cross Country Bank,    Mail Stop 550,    2101 Fourth Ave., Suite 1030,
               Seattle, WA 98121-2317
754099       +E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Dec 28 2006 22:03:01
               B-Line, LLC/Household Bank,    Mail Stop 550,    2101 Fourth Ave., Suite 1030,
               Seattle, WA 98121-2317
723194       +E-mail/PDF: bankruptcy@triadfinancial.com Dec 29 2006 00:18:24     Triad Financial Corporation,
               7711 Center Ave. Ste.100,    Huntington Beach, CA 92647-3070
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            South Dakota Housing Development Authority
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0869-4        User: ckram            Page 2 of 2              Date Rcvd: Dec 28, 2006
Case: 05-41176              Form ID: ntcdsml       Total Served: 53

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 30, 2006**                    **Signature:**   _Joseph Speetjens_